# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 4, 2018

157526 & (63)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

GREAT LAKES EYE INSTITUTE, P.C.,
   Plaintiff/Counterdefendant-
   Appellant,

v

DAVID B. KREBS, M.D.,
   Defendant/Counterplaintiff-
   Appellee.

_____/

SC: 157526
COA: 335405
Saginaw CC: 08-002481-CK

   On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the January 9, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 4, 2018



Clerk

a1126